UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**STUART L. CLARK**                                                                           **PLAINTIFF**

**v.**                      **CASE NO: 4:13CV00711 BSM**

**CAROLYN W. COLVIN, Acting Commissioner**
**of the Social Security Administration**                                   **DEFENDANT**

## ORDER

The recommended disposition submitted by United States Magistrate Judge H. David Young has been reviewed. No objections have been filed. It is therefore concluded that the recommendation should be, and hereby is, approved and adopted in its entirety in all respects. Accordingly, Mr. Clark's complaint [Doc. No. 1] is dismissed and the Commissioner's decision is affirmed.

An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 23rd day of October 2014.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE