UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**STUART L. CLARK**                                                           **PLAINTIFF**

**v.**                    **CASE NO: 4:13CV00711 BSM**

**CAROLYN W. COLVIN, Acting Commissioner**
**of the Social Security Administration**                          **DEFENDANT**

## JUDGMENT

Consistent with the order that was entered this day, this case is dismissed.

DATED this 23rd day of October 2014.

_____
UNITED STATES DISTRICT JUDGE